

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00196-CV

IN RE TED STEWART                                          RELATOR

------------

### ORIGINAL PROCEEDING
### TRIAL COURT NO. D2013248

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of habeas corpus and request for bond and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus and request for bond are denied.

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: DAUPHINOT, WALKER, and MEIER, JJ.

DELIVERED: June 23, 2015

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).